IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| LAURA HUBBARD, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION FILE NUMBER: |
| | : 1:23-cv-00082 |
| WINN DIXIE RALEIGH, INC., | : |
| WINN DIXIE STORES, INC., and | : |
| JOHN DOES NOS. 1-10, | : |
| | : |
| Defendants. | : |

_____

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT**
_____

Comes now Defendants Winn-Dixie Raleigh, LLC f/k/a Winn-Dixie Raleigh, Inc. and Winn-Dixie Stores, Inc., without waiving any defense as to service and sufficiency of service, and file this Notice of Removal to the United States District Court, showing the Court as follows:

1.

This action was commenced on April 19, 2023, as Civil Action File No. 23SV00048, in the State Court of Sumter County, State of Georgia, where it is now pending.

2.

Plaintiff's Complaint and Summons were served on Defendant Winn-Dixie Stores, Inc. on April 27, 2023. Defendant Winn-Dixie Raleigh, LLC f/k/a Winn-

Dixie Raleigh, Inc. has not yet been served. Defendants timely filed Answers in the Court below on May 25, 2023. Notice of removal of the case to this Court is filed within thirty (30) days of service upon Defendant Winn-Dixie Stores, Inc., in accordance with 28 U.S.C. §§ 1441 and 1446.

3.

The parties to this action are plaintiff Laura Hubbard, on information and belief a citizen of Georgia, and Defendants Winn-Dixie Raleigh, LLC f/k/a Winn-Dixie Raleigh, Inc. and Winn-Dixie Stores, Inc. Winn-Dixie Raleigh, LLC f/k/a Winn-Dixie Raleigh, Inc. is a Florida limited liability company with its principal place of business in Jacksonville, Florida. The sole member of Winn-Dixie Raleigh, LLC is Winn-Dixie Stores, Inc., which is a Florida corporation with its principal place of business in Jacksonville, Florida.

4.

The Complaint does not contain a specific demand amount, however, Plaintiff alleges in excess of $107,157.34 in medical expenses, lost wages, and general damages for pain and suffering. Therefore, the amount in controversy exceeds $75,000.00. (Complaint, ¶¶9, 10).

5.

This action is one over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, in that (a) Plaintiff and Defendants are citizens of different states and (b) the matter in controversy has a value, exclusive of interest and costs, in excess of $75,000.00.

6.

Attached hereto and made a part hereof by reference are copies of the following documents filed in the State Court of Sumter County, Georgia:

Exhibit A - Complaint

Exhibit B – Summons to Winn-Dixie Raleigh, Inc.

Exhibit C - Summons to Winn-Dixie Stores, Inc.

Exhibit D – Entry of Appearance

Exhibit E – Sheriff's Return of Service as to Winn-Dixie Stores, Inc.

Exhibit F – Winn-Dixie Raleigh, Inc.'s Answer and Affirmative Defenses

Exhibit G – Winn-Dixie Stores, Inc.'s Answer and Affirmative Defenses

WHEREFORE, Defendant prays that the State Court of Sumter County proceed no further with Civil Action File No. 23SV00048 and that this action be removed to the United States District Court for the Middle District of Georgia, Albany Division.  Further, Defendants are filing a copy of this Notice of Removal with the State Court of Sumter County in accordance with 28 U.S.C. §1446(d).

Respectfully submitted, this 26th day of May, 2023.

> RYAN LAW FIRM, LLC
> Attorneys for Defendants Winn-Dixie Raleigh, LLC f/k/a Winn-Dixie Raleigh, Inc. and Winn-Dixie Stores, Inc.
>
> /s/ G. Robert Ryan, Jr.
> **G. ROBERT RYAN, JR.**, State Bar #727030

PREPARED BY:
G. ROBERT RYAN, JR, State Bar #727030
Ryan Law Firm, LLC
106 Webster Street
P.O. Box 2680
Valdosta, GA  31604
(229) 232-4310 (ph)
(229) 232-4312 (fax)
rryan@ryan-lawllc.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all counsel of record in the foregoing matter with a copy of the within and foregoing *Notice of Removal to the United States District Court* by electronically filing with the clerk of court using the CM/ECF system and/or by electronic mail to:

*Attorneys for Plaintiff*
Travis Tuggle, Esq.
travis@dozierlaw.com

This 26th day of May, 2023.

RYAN LAW FIRM, LLC
Attorneys for Defendants

/s/ G. Robert Ryan, Jr.
**G. ROBERT RYAN, JR.,** State Bar #727030